IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02499-RPM-PAC

CARRIE ANN LUCAS, and
COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

Plaintiffs,

v.

COLORADO SEMINARY, a Colorado corporation, which owns and operates the University of Denver,

Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES TO FACILITATE SETTLEMENT NEGOTIATIONS**

---

Plaintiffs Carrie Ann Lucas and Colorado Cross-Disability Coalition, by and through their attorneys, Kevin W. Williams, Legal Program Director of Colorado Cross-Disability Coalition, and Fox & Robertson, P.C., hereby submit this Unopposed Motion to Extend Deadlines to Facilitate Settlement Negotiations. As grounds for this motion, Plaintiffs state the following:

1. At the request of the parties at a settlement conference on June 6, 2005, and because the parties represented they were engaging in ongoing settlement negotiations and needed more time, this Court entered a Minute Order resetting deadlines from the Scheduling Order. As a general matter, the Court extended all deadlines by approximately six weeks.

2. The parties are engaged in settlement negotiations; however, the undersigned received a draft settlement agreement with client authority on July 19, 2005. On July 14, 2005,

Defendant's counsel sent a draft settlement agreement but informed the undersigned he did not yet have client approval.

3. Carrie Lucas is a Plaintiff in this case and a representative of the other Plaintiff, Colorado Cross-Disability Coalition ("CCDC") for purposes of settlement.

4. Ms. Lucas is now six days away from taking the Colorado bar exam. She needs to devote her attention to studying and preparing for that exam for the next six days.

5. Presently, the parties' Rule 26(a)(2) disclosure deadline is August 1, 2005. Since the parties are in settlement negotiations, avoiding expert costs is appropriate.

6. The Final Pretrial Conference scheduled for January 30, 2005 will not need to be rescheduled.

7. The parties obtained one previous extension during the June 6, 2005 settlement conference.

**Certificate of Compliance With D.C.COLOLCivR. 7.1(A)**

The undersigned conferred with Defendant's counsel who represented that his client has no objection to this motion.

WHEREFORE, Plaintiff respectfully requests this Court issue an order extending the remaining deadlines as set forth in the chart below:

| *Event* | *Scheduled* | *Proposed* |
|---|---|---|
| Rule 26(a)(2) Disclosures | August 1, 2005 | September 1, 2005 |
| Rebuttal Expert Witness Disclosures | September 1, 2005 | October 3, 2005 |

| | | |
|---|---|---|
| Deadline for Written Discovery | September 2, 2005[1] | November 14, 2005 |
| Dispositive Motion Deadline | December 27, 2005 | January 27, 2006 |

Dated: July 20, 2005

Respectfully submitted,

s/ Kevin W. Williams
Kevin W. Williams
Legal Program Director
Colorado Cross-Disability Coalition
655 Broadway, Suite 775
Denver, CO 80203
Telephone: 303.839.1775
Fax: 303.839.1782
E-mail: kwilliams@ccdconline.org

Amy F. Robertson
Timothy P. Fox
Fox & Robertson. PC
910 - 16th Street, Suite 610
Denver, CO 80202
Telephone: 303.595.9700
Fax: 303.595.9705
E-mail: arob@foxrob.com

Attorneys for Plaintiffs

[1] This date was not changed in this Court's June 6, 2005 minute order.

**Certificate of Service**

I hereby certify that on July 20, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

geurich@hollandhart.com
clucas@ccdconline.com

s/ Kevin W. Williams
Kevin W. Williams
Legal Program Director
Colorado Cross Disability Coalition
655 Broadway, Suite 775
Denver, CO 80203
Telephone: 303.839.1775
Fax: 303.839.1782
E-mail: kwilliams@ccdconline.org