IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 04-cv-02499-RPM-PAC

CARRIE ANN LUCAS, and
COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

Plaintiffs,

v.

COLORADO SEMINARY, a Colorado corporation, which owns and operates the University of Denver,

Defendant.

---

**ORDER REGARDING MOTION TO EXTEND DEADLINES TO FACILITATE SETTLEMENT NEGOTIATIONS**

---

The matter before the Court is the Plaintiffs' July 20, 05 Amended Unopposed Motion to Extend Deadlines to Facilitate Settlement Negotiations. The Court having reviewed the motion and being fully advised in the premises, it is

ORDERED that the plaintiffs' motion for extension is granted. It is

FURTHER ORDERED that the deadlines for this case are changed as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | September 1, 2005 |
| Rebuttal Expert Disclosures | October 3, 2005 |
| Deadline for Written Discovery | November 14, 2005 |
| Dispositive Motion Deadline | January 27, 2006 |

Final pretrial conference remains set for January 30, 06 at 9 30 a.m, Courtroom A 501.

DATED this 22nd day of July, 2005

BY THE COURT:

s/ Patricia A. Coan

~~Richard P. Matsch~~ PATRICIA A COAN
United States District Court MAGISTRATE JUDGE