IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02499-RPM-PAC

CARRIE ANN LUCAS, and
COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

Plaintiffs,

v.

COLORADO SEMINARY, a Colorado corporation, which owns and operates the University of Denver,

Defendant.

---

**PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND DEADLINES TO FACILITATE SETTLEMENT NEGOTIATIONS**

---

Plaintiffs Carrie Ann Lucas and Colorado Cross-Disability Coalition, by and through their attorneys, Kevin W. Williams, Legal Program Director of Colorado Cross-Disability Coalition, and Fox & Robertson, P.C., hereby submit this Second Unopposed Motion to Extend Deadlines to Facilitate Settlement Negotiations. As grounds for this motion, Plaintiffs state the following:

1. At the request of the parties at a settlement conference on June 6, 2005, and because the parties represented they were engaging in ongoing settlement negotiations and needed more time, this Court entered a Minute Order resetting deadlines from the Scheduling Order. On July 20, 2005, this Court granted Plaintiffs' Unopposed Motion to Extend Deadlines to Facilitate Settlement Negotiations, filed July 20, 2005.

2. Since that time, the parties have been engaged in continuing settlement negotiations.

On July 19, 2005, Defendant's counsel provided the undersigned with its draft proposed settlement agreement. Some delay in responding occurred because one of the Plaintiffs and a client representative of Plaintiff CCDC, Ms. Lucas, was preparing for and sat for her Colorado bar exam on July 26, 2005, and was not available. Ms. Lucas was then out of town for the first week of August. Then the undersigned was out of the office ill for a short time. Finally, on August 12, 2005, Plaintiffs provided Defendant with a comprehensive response to its proposal.

3. On August 22, 2005, counsel for both parties had a telephone discussion regarding the settlement agreement. The parties agreed to talk with their respective clients and provide each other with responses to questions and additional information. On August 25, 2005, Defendant sent a revised draft settlement agreement. On the same day, the undersigned provided Defendant's counsel with a written response to questions proposed in the telephone conversation.

4. The parties remain actively engaged in settlement negotiations. Plaintiff has requested certain documents and awaits those to respond to questions about ticketing policies at the Magness Arena. Plaintiff and counsel are preparing a response to the latest settlement agreement draft and await Defendant's response to the terms proposed in the August 25, 2005 letter. One issue under negotiation is the scope of the release.

5. Presently, the parties' Rule 26(a)(2) disclosure deadline is September 1, 2005. Since the parties are in settlement negotiations, avoiding expert costs is appropriate.

6. It is the parties' intent to resolve the case and they are committed to trying to accomplish settlement in the next thirty days. Therefore the parties need the additional time as

set forth below to complete their settlement negotiations. The dispositive motion deadline (January 27, 2005) and final pretrial conference date (January 30, 2005) will be kept as presently scheduled.

7. The undersigned certifies this motion has been served upon clients and client representatives.

**Certificate of Compliance With D.C.COLOLCivR. 7.1(A)**

The undersigned conferred with Defendant's counsel who represented that his client has no objection to this motion.

WHEREFORE, Plaintiff respectfully requests this Court issue an order extending the remaining deadlines as set forth in the chart below:

| *Event* | *Scheduled* | *Proposed* |
|---|---|---|
| Plaintiff's Rule 26(a)(2) Disclosures | September 1, 2005 | October 3, 2005 |
| Defendant's Rebuttal Expert Witness Disclosures | October 3, 2005 | November 3, 2005 |
| Deadline for Written Discovery | November 14, 2005 | December 14, 2005 |

Dated: August 29, 2005

Respectfully submitted,

s/ Kevin W. Williams
Kevin W. Williams
Legal Program Director
Colorado Cross-Disability Coalition
655 Broadway, Suite 775
Denver, CO 80203
Telephone: 303.839.1775
Fax: 303.839.1782
E-mail: kwilliams@ccdconline.org

Amy F. Robertson
Timothy P. Fox
Fox & Robertson. PC
910 - 16th Street, Suite 610
Denver, CO 80202
Telephone: 303.595.9700
Fax: 303.595.9705
E-mail: arob@foxrob.com

Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that on August 29, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

geurich@hollandhart.com
clucas@ccdconline.com

s/ Kevin W. Williams
Kevin W. Williams
Legal Program Director
Colorado Cross Disability Coalition
655 Broadway, Suite 775
Denver, CO 80203
Telephone: 303.839.1775
Fax: 303.839.1782
E-mail: kwilliams@ccdconline.org