IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02499-RPM-PAC

CARRIE ANN LUCAS and
COLORADO CROSS-DISABILITY COALITION,

Plaintiff(s),

v.

COLORADO SEMINARY, a Colorado corporation, which owns and operates the University of Denver,

Defendant(s).

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that Plaintiffs' Second Unopposed Motion to Extend Deadlines to Facilitate Settlement Negotiations [filed August 29, 2005] is **GRANTED** as follows:

Plaintiff's rule 26(a)(2) disclosures are due **October 3, 2005.**

Defendant's Rebuttal Expert Witness Disclosures are due **November 3, 2005.**

The discovery deadline is **December 14, 2005.**

IT IS **ORDERED** that plaintiffs' counsel is directed to the Court's Electronic Filing Procedures, page 15, regarding procedures for proposed orders.

***No further extensions will be granted.***

Dated: September 2, 2005