IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02499-RPM-PAC

CARRIE ANN LUCAS and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

Plaintiffs,

v.

COLORADO SEMINARY, a Colorado corporation which owns and operates THE UNIVERSITY OF DENVER,

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiffs and Defendant Colorado Seminary, a Colorado corporation which owns and operates the University of Denver ("DU"), by their respective counsel, hereby stipulate and agree as follows:

1. That the complaint and action, including all claims which are or could have been brought by plaintiffs, are dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(1).

2. That each party will bear her or its own costs and attorneys' fees in connection with this action.

Date: November 21, 2005.

Respectfully submitted,

s/Kevin W. Williams
Kevin W. Williams
Legal Program Director
Colorado Cross-Disability Coalition
655 Broadway, Suite 775
Denver, CO 80203

(303) 839-1775

ATTORNEY FOR PLAINTIFFS

and

s/Gregory A. Eurich
Gregory A. Eurich
Jim Goh
of HOLLAND & HART LLP
555 Seventeenth St., Suite 3200
Post Office Box 8749
Denver, Colorado 80201
(303) 295-8000

ATTORNEYS FOR DEFENDANT COLORADO SEMINARY,
A COLORADO CORPORATION WHICH OWNS AND OPERATES THE UNIVERSITY OF DENVER