IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02499-RPM-PAC

CARRIE ANN LUCAS and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

Plaintiffs,

v.

COLORADO SEMINARY, a Colorado corporation which owns and operates THE UNIVERSITY OF DENVER,

Defendant.
_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

**THIS MATTER** has come before the Court on the Stipulation for Dismissal with Prejudice and the Court being fully advised, hereby approves the parties' Stipulation and

**ORDERS** that the above-captioned action is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

Date: November 22, 2005.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch

Senior United States District Judge

3480581_1.DOC